IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00022-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEGAN M. SHIVES,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   March 03, 2011

    Status Conference set for March 08, 2011 at 2:00 p.m.